# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN ROBERT EVANS,** | : | |
| Petitioner, | : | |
| v. | : | Civ. No. 13-3723 |
| | : | |
| **MARIROSA LAMAS, ET AL.,** | : | |
| Respondents. | : | |

## O R D E R

**AND NOW**, this 26th day of February, 2016, upon careful and independent consideration of Magistrate Judge David R. Strawbridge's Report and Recommendation (Doc. No. 10), it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Clerk of Court shall place this matter in civil suspense pending the conclusion of state court proceedings;

3. Respondents shall file a status report with the Court every thirty days until Petitioner has been resentenced or the state court proceedings otherwise conclude.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.