IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN ROBERT EVANS,<br>   Petitioner,<br> v.<br><br>MARIROSA LAMAS, ET AL.,<br>   Respondents. | :<br>:<br>:  Civ. No. 13-3723<br>:<br>:<br>: |

## O R D E R

**AND NOW**, this 29th day of January, 2018, upon careful and independent consideration of Kevin Robert Evans's Petition for Writ of Habeas Corpus (Doc. No. 1), Respondents' Response in Opposition (Doc. No. 8), Judge Strawbridge's Supplemental Report and Recommendation (Doc. No. 31) to which there are no objections, and available state court records, it is hereby **ORDERED** that:

1. The Supplemental Report and Recommendation (Doc. No. 31) is **APPROVED** and **ADOPTED**;

2. The Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DISMISSED as moot;**

3. A Certificate of Appealability shall **NOT ISSUE** because Petition has not made a substantial showing of the denial of a constitutional right nor demonstrated that reasonable jurists would debate the correctness of this ruling. See U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 484 (2000); and

4. The **CLERK OF COURT** shall **CLOSE** this action.

                   **AND IT IS SO ORDERED.**

                   */s/ Paul S. Diamond*
                   _____
                   Paul S. Diamond, J.